UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

---

| | |
|---|---|
| Georgia Voter Alliance, John Wood, | Case 20-cv-4198 - LMM |
| Plaintiffs, | |
| vs. | **Voluntary Dismissal Without Prejudice Pursuant to Rule of Civil Procedure 41(a)(1)(A)(i)** |
| Fulton County, | |
| Defendant. | |

---

The Plaintiffs Georgia Voter Alliance and John Wood, through their undersigned attorneys, voluntary dismiss this lawsuit without prejudice pursuant to Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: November 4, 2020

*Electronically signed by /s/ Erick G. Kaardal*
Erick G. Kaardal, Minn. No. 229647
Special Counsel to Amistad Project
of the Thomas More Society
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: 612-341-1074
Email: kaardal@mklaw.com

Michael Hirsh, GA No. 357220
Special Counsel for the Amistad Project of
Thomas More Society
Hirsh & Heuser, LLC
125 TownPark Drive, Suite 300
Kennesaw, GA  30144
Telephone: 404-713-4400
E-mail: mrhirsh@hirshandheuser.com